No. 468. COHEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Morris Lavine* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Meyer Rothwacks* and *John Lockley* for the United States.

No. 485. LEE ON ET AL. *v.* LONG, SHERIFF. Supreme Court of California. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Ivan C. Sperbeck* for petitioners.

No. 495. WEIGERT-DAGEN ET AL. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Motion for leave to file brief of National Council of American Importers, Inc., as *amicus curiae,* denied. Certiorari denied. *Allerton de Cormis Tompkins* for petitioners. *Solicitor General Perlman* and *John R. Benney* for the United States.

No. 501. HOSKINS COAL & DOCK CORP. *v.* TRUAX TRAER COAL CO. ET AL. C. A. 7th Cir. Motion for leave to file brief of Seymour F. Simon et al., as *amici curiae,* denied. Certiorari denied. *Anthony Bradley Eben, Edward Atlas* and *Richard F. Watt* for petitioner. *Harold A. Smith* and *Thomas A. Reynolds* for the Truax Traer Coal Co.; and *Weymouth Kirkland, Howard Ellis, A. Leslie Hodson* and *John C. Butler* for the United Electric Coal Companies, respondents.